Howard M. Ehrenberg
SulmeyerKupetz
333 S. Hope Street 35th Floor
Los Angeles, CA 90071
(213) 626-2311

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: 1415 GARFIELD LLC | § | Case No. 2:15-bk-18337-RK |
| 1425 GARFIELD LLC | § | |
| 1435 GARFIELD LLC | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that __Howard M. Ehrenberg__, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA 90012

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 2:30 p.m. on November 14, 2017 in Courtroom 1675, United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and, serve a copy of the opposition upon the trustee, any party whose application is being challenged and, the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  10/19/2017          By:  /s/ Howard M. Ehrenberg
                                          Trustee

Howard M. Ehrenberg
SulmeyerKupetz
333 S. Hope Street 35th Floor
Los Angeles, CA  90071
(213) 626-2311
ehrenbergtrustee@sulmeyerlaw.com

**UST Form 101-7-NFR (10/1/2010)**

Howard M. Ehrenberg
SulmeyerKupetz
333 S. Hope Street 35th Floor
Los Angeles, CA 90071
(213) 626-2311

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re: 1415 GARFIELD LLC  § Case No. 2:15-bk-18337-RK
    1425 GARFIELD LLC  §
    1435 GARFIELD LLC  §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*        $   10,960,000.00

*and approved disbursements of*             $   10,335,953.24

*leaving a balance on hand of* [1]           $      624,046.76

**Balance on hand:**                         $      624,046.76

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1A | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR | 97,363.66 | 109,941.74 | 109,941.74 | 0.00 |
| 1C | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR | 98,364.27 | 111,071.61 | 111,071.61 | 0.00 |
| 8B | All California Funding | 1,866,882.37 | 2,149,298.01 | 2,149,298.01 | 0.00 |
| 9A | All California Funding | 4,260,655.02 | 4,810,269.47 | 4,810,269.47 | 0.00 |
| 9C | All California Funding | 1,606,463.18 | 1,706,739.48 | 1,706,739.48 | 0.00 |

Total to be paid to secured creditors:  $           0.00
Remaining balance:  $     624,046.76

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Howard M. Ehrenberg | 335,550.00 | 0.00 | 335,550.00 |
| Trustee, Expenses - Howard M. Ehrenberg | 6,194.36 | 0.00 | 6,194.36 |
| Attorney for Trustee, Fees - SulmeyerKupetz | 234,946.00 | 0.00 | 234,946.00 |
| Attorney for Trustee, Expenses - SulmeyerKupetz | 4,886.53 | 0.00 | 4,886.53 |
| Accountant for Trustee, Fees - Hahn Fife & Company | 12,433.50 | 0.00 | 12,433.50 |
| Accountant for Trustee, Expenses - Hahn Fife & Company | 762.30 | 0.00 | 762.30 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Fees, United States Trustee | 3,903.80 | 0.00 | 3,903.80 |
| Other Expenses: ALSTON + BIRD LLP | 75,000.00 | 75,000.00 | 0.00 |
| Other Expenses: Franchise Tax Board | 14,400.00 | 12,000.00 | 2,400.00 |

Total to be paid for chapter 7 administration expenses: $ 601,426.49
Remaining balance: $ 22,620.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Attorney for Trustee Fees - SulmeyerKupetz | 237,226.50 | 0.00 | 22,074.80 |
| Attorney for Trustee Expenses - SulmeyerKupetz | 2,447.39 | 0.00 | 227.74 |
| Other Expenses: Franchise Tax Board | 3,414.48 | 0.00 | 317.73 |

Total to be paid for prior chapter administrative expenses: $ 22,620.27
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,913.84 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2B | Franchise Tax Board | 850.70 | 0.00 | 0.00 |
| 2C | Franchise Tax Board | 2,212.44 | 0.00 | 0.00 |
| 3A | FRANCHISE TAX BOARD | 850.70 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|---|
|  |  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,201,061.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | Internal Revenue Service | 12,577.19 | 0.00 | 0.00 |
| 2A | Internal Revenue Service | 12,579.88 | 0.00 | 0.00 |
| 3B | Venable LLP | 0.00 | 0.00 | 0.00 |
| 3C | Internal Revenue Service | 12,578.76 | 0.00 | 0.00 |
| 4A | Venable LLP | 0.00 | 0.00 | 0.00 |
| 4B | ALSTON + BIRD LLP | 0.00 | 0.00 | 0.00 |
| 4C | Venable LLP | 0.00 | 0.00 | 0.00 |
| 5A | ALSTON + BIRD LLP | 0.00 | 0.00 | 0.00 |
| 5B | Crowe Horwath LLP | 0.00 | 0.00 | 0.00 |
| 5C | ALSTON + BIRD LLP | 0.00 | 0.00 | 0.00 |
| 6A | Crowe Horwath, LLP | 0.00 | 0.00 | 0.00 |
| 6B | Richard K. Diamond Chapter 7 Trustee | 0.00 | 0.00 | 0.00 |
| 6C | Crowe Horwath LLP | 0.00 | 0.00 | 0.00 |
| 7A | Richard K Diamond Chapter 7 Trustee | 0.00 | 0.00 | 0.00 |
| 7B | Richard K. Diamond Chapter 7 Trustee | 0.00 | 0.00 | 0.00 |
| 7C | Richard K. Diamond Chapter 7 Trustee | 0.00 | 0.00 | 0.00 |
| 8A | Richard K Diamond Chapter 7 Trustee | 0.00 | 0.00 | 0.00 |
| 8C | Richard K. Diamond Chapter 7 Trustee | 0.00 | 0.00 | 0.00 |
| 9B | HCF Insurance Agency | 3,884,441.75 | 0.00 | 0.00 |
| 10A | G.P.I. Inc. | 1,000,000.00 | 0.00 | 0.00 |
| 10C | HCF Insurance Agency | 3,884,441.75 | 0.00 | 0.00 |
| 11A | GENUS CAPITAL LLC | 650,000.00 | 0.00 | 0.00 |
| 12A | G.P.I. Inc. | 1,000,000.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 13A | LANDRY KO | 380,000.00 | 0.00 | 0.00 |
| 14A | LAN NGOC NGUYEN | 650,000.00 | 0.00 | 0.00 |
| 15A | GENUS CAPITAL LLC | 650,000.00 | 0.00 | 0.00 |
| 16A | GOLDEN PACIFIC INVESTMENTS INC | 650,000.00 | 0.00 | 0.00 |
| 17A | MC PHARMACY INC | 500,000.00 | 0.00 | 0.00 |
| 18A | BRAD LIN | 1,000,000.00 | 0.00 | 0.00 |
| 19A | HCF Insurance Agency | 3,884,441.75 | 0.00 | 0.00 |
| 20A | LANDRY KO | 380,000.00 | 0.00 | 0.00 |
| 21A | G.P.I. Inc. | 1,000,000.00 | 0.00 | 0.00 |
| 22A | GENUS CAPITAL LLC | 650,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 150,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 25A | LAN NGOC NGUYEN | 150,000.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/Howard M. Ehrenberg
Trustee

Howard M. Ehrenberg
SulmeyerKupetz
333 S. Hope Street 35th Floor
Los Angeles, CA  90071
(213) 626-2311
ehrenbergtrustee@sulmeyerlaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**