Howard M. Ehrenberg
SulmeyerKupetz
333 S. Hope Street 35th Floor
Los Angeles, CA  90071
(213) 626-2311

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re: 1415 GARFIELD LLC　　　　　　　　　§　Case No. 2:15-bk-18337-RK
　　　　1425 GARFIELD LLC　　　　　　　　　§
　　　　1435 GARFIELD LLC　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　Howard M. Ehrenberg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00　　　　　　　　　　Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,073,820.31　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: N/A

Total Expenses of Administration: $1,336,179.69

　　　3)  Total gross receipts of $  10,960,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  550,000.00 (see **Exhibit 2**), yielded net receipts of $10,410,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,400,000.00 | $7,929,728.50 | $9,073,820.31 | $9,073,820.31 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,313,559.42 | 1,313,559.42 | 1,313,559.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 243,088.37 | 243,088.37 | 22,620.27 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 3,913.84 | 3,913.84 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 6,230,000.00 | 20,351,061.08 | 20,351,061.08 | 0.00 |
| **TOTAL DISBURSEMENTS** | $8,630,000.00 | $29,841,351.21 | $30,985,443.02 | $10,410,000.00 |

4) This case was originally filed under Chapter 11 on May 26, 2015 and it was converted to Chapter 7 on January 06, 2016. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/18/2018         By: /s/Howard M. Ehrenberg
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1415 N. Garfield Avenue, Pasadena, CA 91104 | 1110-000 | 5,950,000.00 |
| 1425 N. Garfield Avenue, Pasadena, CA 91104 | 1110-000 | 2,400,000.00 |
| 1435 N. Garfield Avenue, Pasadena, CA 91104 | 1110-000 | 2,600,000.00 |
| Extension fee | 1249-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,960,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| HCF Insurance Agency | judgment lien re operating asset sale | 8500-002 | 250,000.00 |
| Peter Mastan, Trustee | operating estate allocation | 8500-002 | 300,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$550,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR | 4700-000 | N/A | 97,363.66 | 109,941.74 | 109,941.74 |
| 1C | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR | 4700-000 | N/A | 98,364.27 | 111,071.61 | 111,071.61 |
| 8B | All California Funding | 4110-000 | 0.00 | 1,866,882.37 | 2,149,298.01 | 2,149,298.01 |
| 9A | All California Funding | 4110-000 | 1,400,000.00 | 4,260,655.02 | 4,810,269.47 | 4,810,269.47 |
| 9C | All California Funding | 4110-000 | 0.00 | 1,606,463.18 | 1,706,739.48 | 1,706,739.48 |
| NOTFILED | Investor's Pot LLC | 4110-000 | 1,000,000.00 | N/A | 186,500.00 | 186,500.00 |
| **TOTAL SECURED CLAIMS** | | | **$2,400,000.00** | **$7,929,728.50** | **$9,073,820.31** | **$9,073,820.31** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Howard M. Ehrenberg | 2100-000 | N/A | 335,550.00 | 335,550.00 | 335,550.00 |
| Trustee Expenses - Howard M. Ehrenberg | 2200-000 | N/A | 6,194.36 | 6,194.36 | 6,194.36 |
| Clerk of the Court Costs (includes adversary and other filing fees) - United | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Attorney for Trustee Fees (Trustee Firm) - SulmeyerKupetz | 3110-000 | N/A | 234,946.00 | 234,946.00 | 234,946.00 |
| Attorney for Trustee Expenses (Trustee Firm) - SulmeyerKupetz | 3120-000 | N/A | 4,886.53 | 4,886.53 | 4,886.53 |
| Other - Hahn Fife & Company | 3410-000 | N/A | 12,433.50 | 12,433.50 | 12,433.50 |
| Other - Hahn Fife & Company | 3420-000 | N/A | 762.30 | 762.30 | 762.30 |
| Other - Franchise Tax Board | 2820-000 | N/A | 800.00 | 800.00 | 800.00 |
| Other - Franchise Tax Board | 2820-000 | N/A | 6,000.00 | 6,000.00 | 6,000.00 |
| U.S. Trustee Quarterly Fees - OFFICE OF THE UNITED STATES TRUSTEE | 2950-000 | N/A | 1,300.00 | 1,300.00 | 1,300.00 |
| Other - Franchise Tax Board | 2820-000 | N/A | 800.00 | 800.00 | 800.00 |
| U.S. Trustee Quarterly Fees - OFFICE OF THE UNITED STATES TRUSTEE | 2950-000 | N/A | 1,301.90 | 1,301.90 | 1,301.90 |
| Other - Franchise Tax Board | 2820-000 | N/A | 6,000.00 | 6,000.00 | 6,000.00 |
| Other - Franchise Tax Board | 2820-000 | N/A | 800.00 | 800.00 | 800.00 |
| U.S. Trustee Quarterly Fees - OFFICE OF THE UNITED STATES TRUSTEE | 2950-000 | N/A | 1,301.90 | 1,301.90 | 1,301.90 |
| Other - ALSTON + BIRD LLP | 2990-000 | N/A | 75,000.00 | 75,000.00 | 75,000.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 131.10 | 131.10 | 131.10 |
| Other - JCH Consulting Group | 3510-000 | N/A | 400,000.00 | 400,000.00 | 400,000.00 |
| Other - Lawyers Title Company | 2500-000 | N/A | 4,927.50 | 4,927.50 | 4,927.50 |
| Other - Lawyers Title Company | 2500-000 | N/A | 5,680.00 | 5,680.00 | 5,680.00 |
| Other - Lawyers Title Company | 2500-000 | N/A | 3,550.00 | 3,550.00 | 3,550.00 |
| Other - Lawyers Title Company | 2500-000 | N/A | 3,674.00 | 3,674.00 | 3,674.00 |
| Other - LACTTC-1415 | 2820-000 | N/A | 10,492.75 | 10,492.75 | 10,492.75 |
| Other - LACTTC-1435 | 2820-000 | N/A | 5,998.45 | 5,998.45 | 5,998.45 |
| Other - LACTTC-1425 | 2820-000 | N/A | 15,530.47 | 15,530.47 | 15,530.47 |
| Other - John Stienfield | 2500-000 | N/A | 150,000.00 | 150,000.00 | 150,000.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,276.07 | 1,276.07 | 1,276.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,277.65 | 1,277.65 | 1,277.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,452.04 | 1,452.04 | 1,452.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,273.86 | 1,273.86 | 1,273.86 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | Scheduled | Asserted | Allowed | Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,447.56 | 1,447.56 | 1,447.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,313.88 | 1,313.88 | 1,313.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,268.26 | 1,268.26 | 1,268.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,397.65 | 1,397.65 | 1,397.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,290.34 | 1,290.34 | 1,290.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,110.90 | 1,110.90 | 1,110.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 970.71 | 970.71 | 970.71 |
| Other - Franchise Tax Board | 2820-000 | N/A | 6,000.00 | 6,000.00 | 6,000.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,073.28 | 1,073.28 | 1,073.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 947.26 | 947.26 | 947.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,110.84 | 1,110.84 | 1,110.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,008.26 | 1,008.26 | 1,008.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 930.10 | 930.10 | 930.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,313,559.42 | $1,313,559.42 | $1,313,559.42 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SulmeyerKupetz | 6110-000 | N/A | 237,226.50 | 237,226.50 | 22,074.80 |
| SulmeyerKupetz | 6120-000 | N/A | 2,447.39 | 2,447.39 | 227.74 |
| Franchise Tax Board | 6820-000 | N/A | 1,253.11 | 1,253.11 | 116.61 |
| Franchise Tax Board | 6820-000 | N/A | 907.70 | 907.70 | 84.46 |
| Franchise Tax Board | 6820-000 | N/A | 1,253.67 | 1,253.67 | 116.66 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $243,088.37 | $243,088.37 | $22,620.27 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2B | Franchise Tax Board | 5800-000 | N/A | 850.70 | 850.70 | 0.00 |
| 2C | Franchise Tax Board | 5800-000 | N/A | 2,212.44 | 2,212.44 | 0.00 |
| 3A | FRANCHISE TAX BOARD | 5800-000 | N/A | 850.70 | 850.70 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $3,913.84 | $3,913.84 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1B | Internal Revenue Service | 7100-000 | N/A | 12,577.19 | 12,577.19 | 0.00 |
| 2A | Internal Revenue Service | 7100-000 | N/A | 12,579.88 | 12,579.88 | 0.00 |
| 3B | Venable LLP | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 3C | Internal Revenue Service | 7100-000 | N/A | 12,578.76 | 12,578.76 | 0.00 |
| 4A | Venable LLP | 7100-000 | unknown | N/A | N/A | 0.00 |
| 4B | ALSTON + BIRD LLP | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 4C | Venable LLP | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 5A | ALSTON + BIRD LLP | 7100-000 | unknown | N/A | N/A | 0.00 |
| 5B | Crowe Horwath LLP | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 5C | ALSTON + BIRD LLP | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 6A | Crowe Horwath, LLP | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 6B | Richard K. Diamond Chapter 7 Trustee | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 6C | Crowe Horwath LLP | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 7A | Richard K Diamond Chapter 7 Trustee | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 7B | Richard K. Diamond Chapter 7 Trustee | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 7C | Richard K. Diamond Chapter 7 Trustee | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 8A | Richard K Diamond Chapter 7 Trustee | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 8C | Richard K. Diamond Chapter 7 Trustee | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 9B | HCF Insurance Agency | 7100-000 | N/A | 3,884,441.75 | 3,884,441.75 | 0.00 |
| 10A | G.P.I. Inc. | 7100-000 | N/A | 1,000,000.00 | 1,000,000.00 | 0.00 |
| 10C | HCF Insurance Agency | 7100-000 | N/A | 3,884,441.75 | 3,884,441.75 | 0.00 |
| 11A | GENUS CAPITAL LLC | 7100-000 | 650,000.00 | 650,000.00 | 650,000.00 | 0.00 |
| 12A | G.P.I. Inc. | 7100-000 | N/A | 1,000,000.00 | 1,000,000.00 | 0.00 |
| 13A | LANDRY KO | 7100-000 | 380,000.00 | 380,000.00 | 380,000.00 | 0.00 |
| 14A | LAN NGOC NGUYEN | 7100-000 | 200,000.00 | 650,000.00 | 650,000.00 | 0.00 |
| 15A | GENUS CAPITAL LLC | 7100-000 | N/A | 650,000.00 | 650,000.00 | 0.00 |
| 16A | GOLDEN PACIFIC INVESTMENTS INC | 7100-000 | 1,000,000.00 | 650,000.00 | 650,000.00 | 0.00 |
| 17A | MC PHARMACY INC | 7100-000 | 500,000.00 | 500,000.00 | 500,000.00 | 0.00 |
| 18A | BRAD LIN | 7100-000 | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 | 0.00 |
| 19A | HCF Insurance Agency | 7100-000 | N/A | 3,884,441.75 | 3,884,441.75 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 20A | LANDRY KO | 7100-000 | N/A | 380,000.00 | 380,000.00 | 0.00 |
| 21A | G.P.I. Inc. | 7100-000 | N/A | 1,000,000.00 | 1,000,000.00 | 0.00 |
| 22A | GENUS CAPITAL LLC | 7100-000 | N/A | 650,000.00 | 650,000.00 | 0.00 |
| 25A | LAN NGOC NGUYEN | 7200-000 | N/A | 150,000.00 | 150,000.00 | 0.00 |
| NOTFILED | Nucapital Corp. | 7100-000 | 1,500,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Vannesa Ly | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Steve Lee | 7100-000 | 1,000,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Judith Sender | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $6,230,000.00 | $20,351,061.08 | $20,351,061.08 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 2:15-bk-18337-RK  
**Case Name:** 1415 GARFIELD LLC  
    1425 GARFIELD LLC  
**Period Ending:** 01/18/18

**Trustee:**    (001420)    Howard M. Ehrenberg  
**Filed (f) or Converted (c):** 01/06/16 (c)  
**§341(a) Meeting Date:** 02/04/16  
**Claims Bar Date:** 05/16/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1    1415 N. Garfield Avenue, Pasadena, CA 91104<br>    EOD 1/19/2016 order granting motion for approval of sale of real and personal property Doc 159 allocation of purchase price:<br>    $10,400,000 Garfield cases-Ehrenberg, Trustee<br>    $550,000 Operating cases-Mastan, Trustee | 1,404,776.00 | 0.00 | | 5,950,000.00 | FA |
| 2    1425 N. Garfield Avenue, Pasadena, CA 91104 | 1,404,776.00 | 0.00 | | 2,400,000.00 | FA |
| 3    1435 N. Garfield Avenue, Pasadena, CA 91104 | 1,404,776.00 | 0.00 | | 2,600,000.00 | FA |
| 4    Adversary case vs. Investor's Pot, LLC  (u)<br>    EOD 12/19/16 order approving motion to approve settlement  Doc 187<br>    release of all claim for $186,500 from the estate from sale proceeds<br>    Discovery due by 9/30/2016.  Pre-Trial Conference set for 12/6/2016<br>    2:16-ap-01122 avoidance and recovery of fraudulent transfer | 0.00 | 1,000,000.00 | | 0.00 | FA |
| 5    Extension fee  (u)<br>    EOD 3/2/16 stipulation to extend sale closing date Doc 167 | 0.00 | 0.00 | | 10,000.00 | FA |
| **5    Assets    Totals** (Excluding unknown values) | **$4,214,328.00** | **$1,000,000.00** | | **$10,960,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Finally, in an effort to efficiently close the Garfield estates, a motion for substantive consolidation was filed with the Court on August 4, 2017.  The motion sought substantive consolidation of the Garfield estates, treatment of the assets of the estates as being a single estate, and treatment of all claims filed as being a claim against the consolidated single estate. All professional fee applications are filed.  Claims have been review.  Court costs received.  Trustee submits a final report in a substatively consolidated estate.  (08/31/17)

A motion to approve comproise with the Investor's Pot, LLC was approved by the Court and payment was made pursuant to the agreement.   Tax returns were prepared and filed.  The tax due for 2016 was paid with the returns.   The Trustees for the Garfield estates and Pasadena estates entered into an agreement regarding the remaining claims between the estates.  Since the cases are all administratively insolvent, these claims are subordinated per the agreement.  The Court has approved the motion to compromise.  On July 7, 2017, the Court allowed and authorized a payment to Alson + Bird, LLP for $75,000 as an administrative claim.  These motions resolved the last of the claims.  At this time, the trustee is preparing his final report and expects to file it on or about August 31, 2017. (06/30/17)

Debtors filed for chapter 11 on December May 26, 2015.  The Garfield cases are being jointly administered.  This is the lead case.  I was appointed the trustee on July

Printed: 01/18/2018 09:18 AM    V.13.30

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 2:15-bk-18337-RK  
**Case Name:** 1415 GARFIELD LLC  
                1425 GARFIELD LLC  
**Period Ending:** 01/18/18

**Trustee:** (001420) Howard M. Ehrenberg  
**Filed (f) or Converted (c):** 01/06/16 (c)  
**§341(a) Meeting Date:** 02/04/16  
**Claims Bar Date:** 05/16/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

31, 2015 and continue in that capacity. The case is a single asset real estate case. I employed professionals to assist me in resolving any disputes and liquidating the real estate. The cases were subsequently converted to one under chapter 7 and the sale of real estate completed. Counsel has filed a fraudulent transfer action in order to avoid the lien asserted by Investor's Pot against the proceeds of the sale of the properties. We are in discovery at the moment. Trial date is scheduled for winter of this year. Claims bar date has been set. The ETFR date is June 30, 2017. (6/30/16)

Lead Case No. 2:15-bk-18337-RK  
Jointly Administered With:  
Case No. 2:15-bk-18339-RK  
Case No. 2:15-bk-18340-RK

**Initial Projected Date Of Final Report (TFR):** June 30, 2017      **Current Projected Date Of Final Report (TFR):** August 31, 2017 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 2:15-bk-18337-RK  
**Case Name:** 1415 GARFIELD LLC  
1425 GARFIELD LLC  
**Taxpayer ID #:** **-***3302  
**Period Ending:** 01/18/18

**Trustee:** Howard M. Ehrenberg (001420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1166 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/11/16 | {1} | SYTR Real Estate Holdings, LLC | goodfaith deposit | | 1110-000 | 1,000,000.00 | | 1,000,000.00 |
| 01/12/16 | {1} | John Stienfield | goodfaith deposit | | 1110-000 | 150,000.00 | | 1,150,000.00 |
| 01/22/16 | 101 {1} | Lawyer's Title Company | escrow deposit | | 1110-000 | -1,000,000.00 | | 150,000.00 |
| 01/27/16 | 102 {1} | John Stienfield | return of good faith deposit | | 1110-000 | -150,000.00 | | 0.00 |
| 03/28/16 | | Lawyers Title Company | EOD 1/19/2016 sale proceeds re 1415, 1425 and 1435 Garfield Doc 159 | | | 913,956.39 | | 913,956.39 |
| | {1} | SYTR Real Estate Holdings, LLC | sale price-1415 | 5,950,000.00 | 1110-000 | | | 913,956.39 |
| | {2} | SYTR Real Estate Holdings, LLC | sale price-1425 | 2,400,000.00 | 1110-000 | | | 913,956.39 |
| | {3} | SYTR Real Estate Holdings, LLC | sale price-1435 | 2,600,000.00 | 1110-000 | | | 913,956.39 |
| | | All California Funding | payoff-1415 | -4,944,282.83 | 4110-000 | | | 913,956.39 |
| | | All California Funding | payoff-1425 | -2,149,298.01 | 4110-000 | | | 913,956.39 |
| | | All California Funding | payoff-1435 | -1,706,739.48 | 4110-000 | | | 913,956.39 |
| | | JCH Consulting Group | real estate commission | -400,000.00 | 3510-000 | | | 913,956.39 |
| | | | escrow fees | -4,927.50 | 2500-000 | | | 913,956.39 |
| | | | title charges-1415 | -5,680.00 | 2500-000 | | | 913,956.39 |
| | | | title charges-1425 | -3,550.00 | 2500-000 | | | 913,956.39 |
| | | | title charges-1435 | -3,674.00 | 2500-000 | | | 913,956.39 |
| | | LACTTC-1415 | property tax 2nd half 2015-2016 re 1415 | -10,492.75 | 2820-000 | | | 913,956.39 |
| | | LACTTC-1415 | defaulted tax 2010-2011 re 1415 | -109,941.74 | 4700-000 | | | 913,956.39 |
| | | LACTTC-1435 | defaulted tax 2008-2009 re 1435 | -111,071.61 | 4700-000 | | | 913,956.39 |
| | | LACTTC-1435 | property tax 2nd half 2015-2016 re 1435 | -5,998.45 | 2820-000 | | | 913,956.39 |
| | | LACTTC-1425 | property tax 1st half, penalty and 2nd half 2015-2016 re 1425 | -15,530.47 | 2820-000 | | | 913,956.39 |
| | | HCF Insurance Agency | judgment lien re operating asset sale | -250,000.00 | 8500-002 | | | 913,956.39 |
| | | John Stienfield | breakup fee | -150,000.00 | 2500-000 | | | 913,956.39 |
| | | Peter Mastan, Trustee | operating estate allocation | -300,000.00 | 8500-002 | | | 913,956.39 |
| | | All California Funding | per diem charges 39 days @ 3,436.24 | 134,013.36 | 4110-000 | | | 913,956.39 |
| | | LACTTC-1435 | overpayment of defaulted tax 2008-2009 re 1435 to be refunded | 1,129.87 | 4700-000 | | | 913,956.39 |

Subtotals :    $913,956.39    $0.00

{} Asset reference(s)    Printed: 01/18/2018 09:18 AM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 2:15-bk-18337-RK  
**Case Name:** 1415 GARFIELD LLC  
1425 GARFIELD LLC  
**Taxpayer ID #:** **-***3302  
**Period Ending:** 01/18/18  

**Trustee:** Howard M. Ehrenberg (001420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/29/16 | 103 | Lawyer's Title Company | refund for overpayment of defaulted taxes 2008-2009 re 1435 | 4700-000 | | 1,129.87 | 912,826.52 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.10 | 912,695.42 |
| 04/06/16 | {5} | Pasadena Health Care Management, Inc. | EOD 3/2/16 extension fee Doc 167 | 1249-000 | 10,000.00 | | 922,695.42 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,276.07 | 921,419.35 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,277.65 | 920,141.70 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,452.04 | 918,689.66 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,273.86 | 917,415.80 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,447.56 | 915,968.24 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,313.88 | 914,654.36 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,268.26 | 913,386.10 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,397.65 | 911,988.45 |
| 12/20/16 | 104 | Investor's Pot, LLC | EOD 12/19/16 order approving settlement Doc 187 | 4110-000 | | 186,500.00 | 725,488.45 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,290.34 | 724,198.11 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,110.90 | 723,087.21 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 970.71 | 722,116.50 |
| 03/07/17 | 105 | Franchise Tax Board | EOD 3/6/17 CDM FYE: 12/31/16 Form 568 Doc 196 | 2820-000 | | 6,000.00 | 716,116.50 |
| 03/07/17 | 106 | Franchise Tax Board | EOD 3/6/17 CDM FYE: 12/31/16 Form 568 Doc 196 | 2820-000 | | 6,000.00 | 710,116.50 |
| 03/07/17 | 107 | Franchise Tax Board | EOD 3/6/17 CDM FYE: 12/31/16 Form 568 Doc 196 | 2820-000 | | 6,000.00 | 704,116.50 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,073.28 | 703,043.22 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 947.26 | 702,095.96 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,110.84 | 700,985.12 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,008.26 | 699,976.86 |
| 07/12/17 | 108 | ALSTON + BIRD LLP | EOD 7/7/17 payment of administrative claim | 2990-000 | | 75,000.00 | 624,976.86 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 930.10 | 624,046.76 |
| 11/22/17 | 109 | United States Bankruptcy Court | court costs | 2700-000 | | 350.00 | 623,696.76 |
| 11/22/17 | 110 | OFFICE OF THE UNITED STATES TRUSTEE | quarterly fees 15-18339 | 2950-000 | | 1,300.00 | 622,396.76 |
| 11/22/17 | 111 | OFFICE OF THE UNITED STATES TRUSTEE | quarterly fees 15-18340 | 2950-000 | | 1,301.90 | 621,094.86 |
| 11/22/17 | 112 | OFFICE OF THE UNITED STATES TRUSTEE | quarterly fees 15-18337 | 2950-000 | | 1,301.90 | 619,792.96 |

Subtotals: $10,000.00    $304,163.43

{} Asset reference(s)    Printed: 01/18/2018 09:18 AM    V.13.30

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 2:15-bk-18337-RK  
**Case Name:** 1415 GARFIELD LLC  
1425 GARFIELD LLC  
**Taxpayer ID #:** **-***3302  
**Period Ending:** 01/18/18  

**Trustee:** Howard M. Ehrenberg (001420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1166 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/22/17 | 113 | SulmeyerKupetz | EOD 11/20/17 final order | | | | 239,832.53 | 379,960.43 |
| | | | fees | 234,946.00 | 3110-000 | | | 379,960.43 |
| | | SulmeyerKupetz | expenses | 4,886.53 | 3120-000 | | | 379,960.43 |
| 11/22/17 | 114 | Hahn Fife & Company | EOD 11/20/17 final order | | | | 13,195.80 | 366,764.63 |
| | | | fees | 12,433.50 | 3410-000 | | | 366,764.63 |
| | | Hahn Fife & Company | expenses | 762.30 | 3420-000 | | | 366,764.63 |
| 11/22/17 | 115 | SulmeyerKupetz | EOD 11/20/17 final order | | | | 22,302.54 | 344,462.09 |
| | | | pro rata fees | 22,074.80 | 6110-000 | | | 344,462.09 |
| | | SulmeyerKupetz | pro rata expenses | 227.74 | 6120-000 | | | 344,462.09 |
| 11/22/17 | 116 | Franchise Tax Board | EIN: 26-2733302; 26-2733368; 26-2733439. Y/E 2016 pro rata tax payments | | | | 317.73 | 344,144.36 |
| | | Franchise Tax Board | pro rata | 116.61 | 6820-000 | | | 344,144.36 |
| | | Franchise Tax Board | pro rata | 84.46 | 6820-000 | | | 344,144.36 |
| | | Franchise Tax Board | pro rata | 116.66 | 6820-000 | | | 344,144.36 |
| 11/22/17 | 117 | Franchise Tax Board | EIN: 26-2733302; 26-2733368; 26-2733439. Y/E 2017 minimum tax due | | | | 2,400.00 | 341,744.36 |
| | | Franchise Tax Board | | 800.00 | 2820-000 | | | 341,744.36 |
| | | Franchise Tax Board | | 800.00 | 2820-000 | | | 341,744.36 |
| | | Franchise Tax Board | | 800.00 | 2820-000 | | | 341,744.36 |
| 11/22/17 | 118 | Howard M. Ehrenberg | EOD 11/20/17 final order | | | | 341,744.36 | 0.00 |
| | | | compensation | 335,550.00 | 2100-000 | | | 0.00 |
| | | Howard M. Ehrenberg | expenses | 6,194.36 | 2200-000 | | | 0.00 |

| | | |
|---|---:|---:|
| **ACCOUNT TOTALS** | 923,956.39 | 923,956.39 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 923,956.39 | 923,956.39 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$923,956.39** | **$923,956.39** | |

{} Asset reference(s)    Printed: 01/18/2018 09:18 AM    V.13.30

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| | |
|---|---|
| **Case Number:** 2:15-bk-18337-RK | **Trustee:** Howard M. Ehrenberg (001420) |
| **Case Name:** 1415 GARFIELD LLC | **Bank Name:** Rabobank, N.A. |
| 1425 GARFIELD LLC | **Account:** ******1166 - Checking Account |
| **Taxpayer ID #:** **-***3302 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 01/18/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| | **Checking # ******1166** | **923,956.39** | **923,956.39** | **0.00** |
| | | **$923,956.39** | **$923,956.39** | **$0.00** |

{} Asset reference(s)

Printed: 01/18/2018 09:18 AM    V.13.30